AO 121 (Rev. 06/16)

| TO: | |
|---|---|
| **Register of Copyrights**<br>**U.S. Copyright Office**<br>**101 Independence Ave. S.E.**<br>**Washington, D.C. 20559-6000** | **REPORT ON THE**<br>**FILING OR DETERMINATION OF AN**<br>**ACTION OR APPEAL**<br>**REGARDING A COPYRIGHT** |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☒ ACTION   ☐ APPEAL | COURT NAME AND LOCATION<br>UNITED STATES DISTRICT COURT<br>FOR THE CENTRAL DISTRICT OF CALIFORNIA<br>WESTERN DIVISION |
|---|---|
| DOCKET NO.  DATE FILED<br>CV 18-10735 DSF   12/28/2018 | |
| PLAINTIFF<br>ATARI INTERACTIVE, INC. | DEFENDANT<br>TARGET CORPORATION |

| | COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|---|
| 1 | A752137 | Pong 04 Tele-Games Model Number 637997170: Owner's Manual for Sears, Roebuck and Company | Atari, Inc. |
| 2 | IU17907 | Pong Doubles and Super Pong Doubles: Fabrication, Pong Doubles and Super Pong Doubles | Atari, Inc. |
| 3 | A752136 | Pong Doubles: Model Number C-160; 2 to 4 Players Owner's Manual | Atari Inc. |
| 4 | A668564 | Pong Tele-Game: Owner's Manual, TM-037 | Atari, Inc. |
| 5 | A687646 | Pong Tele-Games: Owner's Manual (For Sears, Roebuck and Company) | Atari, Inc. |
| 6 | A675863 | Pong: A Sears Tele-Game, Model Number 74600: Owner's Manual, TM-044 | Atari Inc. |
| 7 | A724307 | Pong: Owner's Manual, Model Number C-100 | Atari Inc. |
| 8 | A675862 | Pong: Tennis de Table Electronique Sears: Guide de l'Utilisateur, Numero de Modele 74600 | Atari Inc. |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading | | |
|---|---|---|---|
| | COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
| 1 | | | |
| 2 | | | |
| 3 | | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED | WRITTEN OPINION ATTACHED | DATE RENDERED |
|---|---|---|
| ☐ Order   ☐ Judgment<br>Notice of Voluntary Dismissal | ☐ Yes   ✓ No | 4/8/2019 |
| CLERK | (BY) DEPUTY CLERK | DATE |
| Kiry Gray | /s/ J. Lam | 4/11/2019 |

3) Upon termination of action, mail copy to Register of Copyrights

